UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 24 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | |
| SHAN SHI, | : | Case No: 1:17-mj-344 |
| | : | Assigned To: Magistrate Judge G. Michael Harvey<br>Date Assigned: 5/24/2017 |
| Defendant. | : | Description:Complaint and Arrest Warrant |

## MOTION TO PARTIALLY UNSEAL COMPLAINT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the Complaint in its proposed redacted form, as attached, for the above-captioned defendant. The redacted portions relate to an uncharged party and will remain under seal.[1]

[1] There is ordinarily no legitimate governmental interest served by the government's public allegation of wrongdoing by an uncharged party. *See, e.g., In re Smith*, 656 F.2d 1101, 1106-07 (5th Cir. 1981). The practice of naming individuals as unindicted co-conspirators in an indictment charging a criminal conspiracy has been severely criticized in *United States v. Briggs*, 514 F.2d 794 (5th Cir. 1975). Courts have applied this reasoning to preclude the public identification of unindicted third-party wrongdoers in plea hearings, sentencing memoranda, and other government pleadings. *See, e.g., Finn v. Schiller*, 72 F.3d 1182 (4th Cir. 1996); *United States. v Anderson*, 55 F.Supp.2d 1163 (D. Kan 1999); *United States v. Smith*, 992 F. Supp. 743 (D.N.J. 1998).

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: ______________________________

Jeff Pearlman
Assistant United States Attorney
D.C. Bar No. 466-901
555 4th Street, N.W., 11-451
Washington, D.C. 20530
202-252-7228
Jeffrey.pearlman@usdoj.gov

Dated: May 24, 2017